IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PAMELA GETMAN                                                    PLAINTIFF

v.                     Civil No. 09-3087

AETNA LIFE INSURANCE COMPANY
and
FEDERAL EXPRESS CORPORATION                  DEFENDANT

### ORDER

PAMELA GETMAN submitted this pro se action for filing. The clerk is directed to file the *in forma pauperis* (IFP) application and complaint. The application to proceed IFP is granted.

IT IS SO ORDERED this 22 day of December 2009.

/s/ J. Marschewski
HON. JAMES R. MARSCHEWSKI
UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

DEC 2 2 2009

CHRIS R. JOHNSON, CLERK

BY

DEPUTY CLERK